1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALEX S. BAKER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:06-cr-00494-MCE
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER
13     v.                        )
                                 )
14 ALEX S. BAKER, and            )
   BRANDON D. DEAN,              ) Date: March 27, 2008
15                               ) Time: 9:00 A.M.
              Defendants.        ) Judge: Hon. Morrison C. England
16 _____

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, JOHN VINCENT, Assistant United States

20 Attorney, attorney for Plaintiff; NED SMOCK, attorney for defendant

21 Alex S. Baker; and C. EMMETT MAHLE, attorney for defendant Brandon D.

22 Dean, that the current trial date of February 25, 2008 be vacated and a

23 new date of April 28, 2008 be set for trial.  A trial confirmation

24 hearing is requested on March 27, 2008.  Counsel for Mr. Dean is

25 engaged in a trial that is scheduled to continue into the week of March

26 10, 2008 and has a trip scheduled immediately thereafter.  Counsel for

27 Mr. Baker is scheduled to begin a trial on April 7, 2008.

28 ///

1   It is further stipulated and agreed between the parties that the
2 period between February 25, 2008 and April 28, 2008, should be excluded
3 in computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation and continuity of counsel.  All parties stipulate
6 and agree that this is an appropriate exclusion of time within the
7 meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv)
8 (Local Code T4).

Dated: February 8, 2008              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                         /s/ Ned Smock
                                     NED SMOCK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ALEX S. BAKER

Dated:  February 8, 2008             /s/ Ned Smock for C. Emmett Mahle
                                     C. EMMETT MAHLE
                                     Attorney for Defendant
                                     BRANDON D. DEAN

                                     MCGREGOR W. SCOTT
                                     United States Attorney

Dated:  February 8, 2008
                                     /s/ Ned Smock for John Vincent
                                     JOHN VINCENT
                                     Assistant U.S. Attorney

                                **ORDER**

**IT IS SO ORDERED.**

 Dated: February 13, 2008


                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE