```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEX S. BAKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARQUIS D. AIKENS,<br>MARQUIS D. JACKSON,<br>ALEX S. BAKER, and<br>BRANDON D. DEAN,<br><br>　　　　Defendants.<br>_____ | No. CR-S-06-494 MCE<br><br>(AMENDED AS TO DATE)<br>STIPULATION AND ORDER<br>VACATING TRIAL CONFIRMATION<br>HEARING AND TRIAL DATES AND<br>SETTING STATUS CONFERENCE<br><br>Date: May 1, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOHN VINCENT, Assistant United States Attorney, attorney for Plaintiff; MARY M. FRENCH, attorney for defendant Alex S. Baker; and J. Toney, attorney for defendant Brandon D. Dean, that the current trial confirmation hearing date of March 27, 2008, and the current trial date of April 28, 2008, be vacated and that a new date of May 1, 2008 be set for a status conference.

　　　The reason for this request is that Ned Smock, Assistant Federal Defender and previous counsel for Mr. Baker is leaving the Office of the Federal Defender and the case is being transferred to Mary M.

1 French.  In addition, J. Toney has recently been appointed to represent
2 defendant Brandon D. Dean, and both attorneys need time to review the
3 discovery, conduct investigation and meet with their respective
4 clients.
5 　　　It is further stipulated and agreed between the parties that the
6 period between March 27, 2008, and May 1, 2008, should be excluded in
7 computing the time within which the trial of the above criminal
8 prosecution must commence for purposes of the Speedy Trial Act for
9 defense preparation and continuity of counsel.  All parties stipulate
10 and agree that this is an appropriate exclusion of time within the
11 meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local
12 Code T4).

Dated:  March 25, 2008                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Mary M. French
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      ALEX S. BAKER


Dated:  March 25, 2008                /s/ Mary M. French for J. Toney
                                      J. TONEY
                                      Attorney for Defendant
                                      BRANDON D. DEAN


                                      MCGREGOR W. SCOTT
                                      United States Attorney

Stipulation & Order                   2

1  Dated:  March 25, 2008
2                                      /s/ Mary M. French for John Vincent
                                       JOHN VINCENT
3                                      Assistant U.S. Attorney
4
5
                                    **ORDER**
6
   **IT IS SO ORDERED.**
7
8
   Dated: March 26, 2008
9
10 _____
11 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE
12

Stipulation & Order                3