1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
ALEX S. BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-494 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: April 30, 2009 |
| | ) | Time: 9:00 A.M. |
| ALEX S. BAKER, | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, John Vincent, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant ALEX S. BAKER, that the Status Conference hearing date of April 2, 2009, be vacated and a new Status Conference hearing date of April 30, 2009 be set.

This continuance is requested because the parties are finalizing an agreement for deferred prosecution and need more time to complete this process.

///

///

///

|   |   |   |
|---|---|---|
| 1 | It is further stipulated and agreed between the parties that the period between April 2, 2009, and April 30, 2009, should be excluded should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation. | |

It is further stipulated and agreed between the parties that the period between April 2, 2009, and April 30, 2009, should be excluded should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 1, 2009    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*

_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
ALEX S. BAKER

Dated: April 1, 2009    LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for*
   *John Vincent*

_____
JOHN VINCENT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE