```
BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEX S. BAKER,<br><br>  Defendant. | CASE NO. 2:06-cr-00494-MCE<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT ALEX BAKER; ORDER THEREON |

The defendant, Alex S. Baker, was placed on the pretrial diversion program on April 10, 2009 for a period of one year with the possibility of early termination. The undersigned is informed by the Pretrial Services Officer who has been supervising defendant Baker that he has made full restitution and has complied with the conditions set forth in his diversion agreement. That officer recommends in a letter, which is attached hereto as Attachment A, that the defendant be terminated early from the program. The United States agrees.

///

///

///

1   Therefore, pursuant to Rule 48 of the Federal Rules of Criminal
2 Procedure and an Agreement for Deferred Prosecution between the
3 United States and defendant Baker, the United States hereby moves
4 the Court, for the reasons set forth above and in the interest of
5 justice, for an order dismissing the indictment in this case against
6 defendant Alex S. Baker, and exonerating any bond that may have been
7 posted by defendant Baker or by anyone else on his behalf.
8 DATED: February 10, 2010            Respectfully submitted,
9                                     BENJAMIN B. WAGNER
                                      United States Attorney
10
11                                    By:   /s/ John K. Vincent
                                            JOHN K. VINCENT
12                                          Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the indictment in the above-captioned action as to defendant ALEX S. BAKER is hereby dismissed and that bond, if any, is hereby exonerated.

Dated: February 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2